

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

FILED
FEB 1 3 2013

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13-30019 |
| Plaintiff, | INDICTMENT |
| vs. | LARCENY |
| JOHN SWIFT and HARVEY LAPOINTE, | 18 U.S.C. §§ 1153 and 661 |
| Defendants. | |

---

The Grand Jury charges:

On or between the 1st day of August, 2009, and the 31st day of December, 2010, in Todd County, in Indian country, in the District of South Dakota, John Swift and Harvey LaPointe, Indians, took and carried away, with intent to steal and purloin, the personal property of the St. Francis Volunteer Fire Department, to-wit: money and property in excess of $1,000, in violation of 18 U.S.C. §§ 1153 and 661.

TRUE BILL:

**NAME REDACTED**

Foreperson

BRENDAN V. JOHNSON
UNITED STATES ATTORNEY

By: *[signature]*