UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13-30019 |
| Plaintiff, | |
| | STIPULATION |
| vs. | |
| JOHN SWIFT, | |
| Defendant. | |

---

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the above-named defendant and counsel for the United States of America that the Court may enter the standard Order concerning the handling and disposition of discovery materials turned over to the defense.

BRENDAN V. JOHNSON
United States Attorney

_5/7/13_____
Date

_____
MARIE H. RUETTGERS
Assistant United States Attorney

_5/17/13_____
Date

_____
DANA HANNA
Attorney for the Defendant